JAI M. GOHEL, CA SBN 170782
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email:  jaigohel@rocketmail.com

Attorney for Defendant
PATRICK GONZALES

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>PATRICK GONZALES,<br><br>　　　　Defendants. | Case No.: 1:19-cr-0203-DAD-BAM<br>　　　　　　1:19-cr-0204-DAD-BAM<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE TO REMOVE ELECTRONIC MONITORING TO FACILIATE SELF-SURRENDER** |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The Pretrial Release order be modified as follows:

Defendant Patrick Lee Gonzales will have his location monitoring equipment removed on Friday, March 18, 2022, at the Pretrial Services office in our District, in preparation for his self-surrender in Los Angeles, California on March 20, 2022.

1 | Pretrial Services has approved this modification.
2
3
4 | DATED:  March 16, 2022
5
6 | Respectfully submitted,
7
8 | /s/ Jai M. Gohel
JAI M. GOHEL
9 | Attorney for Defendant
PATRICK GONZALES
10
11
12 | DATED:  March 16, 2022
13
14
15 | /s/ Ross M. Pearson
ROSS M. PEARSON
16 | Attorney for Plaintiff
THE UNITED STATES OF AMERICA
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION between the parties, and Good Cause appearing, IT IS HEREBY ORDERED that the conditions of pretrial release for Defendant PATRICK GONZALES be modified as follows:

Defendant Patrick Lee Gonzales will have his location monitoring equipment removed on Friday, March 18, 2022, at the Pretrial Services office in our District, in preparation for his self-surrender in Los Angeles, California on March 20, 2022.

IT IS SO ORDERED.

Dated: __**March 16, 2022**__              _/s/ Dale A. Drozd_
                                                                   UNITED STATES DISTRICT JUDGE