```
1  JAI M. GOHEL, CA SBN 170782
   819 Eddy Street
2  San Francisco, California 94109
   Telephone:  (415) 771-6174
3  Facsimile:   (415) 474-3748
   Email:  jaigohel@rocketmail.com
4
   Attorney for Defendant
5  PATRICK GONZALES
```

# UNITED STATES DISRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-0203-DAD-BAM |
| Plaintiff, | 1:19-cr-0204-DAD-BAM |
| vs. | **STIPULATION AND ORDER EXONERATING CASH BOND** |
| PATRICK GONZALES, | |
| Defendants. | |

Defendant PATRICK GONZALES, by and through his attorney of record, Jai M. Gohel, and the UNITED STATES OF AMERICA, by and through its counsel of record, Asst. U.S. Attorney Ross M. Pearson, HEREBY STIPULATE as follows:

The cash bond in the amount of Thirty-Five Thousand Dollars ($35,000) shall be exonerated and released to Patrick Gonzales care of his fiancée Brittney Jackson.

DATED: March 31, 2022

Respectfully submitted,

*/s/ Jai M. Gohel*
JAI M. GOHEL
Attorney for Defendant
PATRICK GONZALES

DATED: March 31, 2022

*/s/ Ross M. Pearson*
ROSS M. PEARSON
Attorney for Plaintiff
THE UNITED STATES OF AMERICA

PURSUANT TO STIPULATION between the parties, and Good Cause appearing in that the defendant has surrendered to the United States Bureau of Prisons for service of his sentence, IT IS HEREBY ORDERED that the cash bond in the amount of Thirty-Five Thousand Dollars ($35,000) shall be exonerated and released to Patrick Gonzales care of his fiancée Brittney Jackson.

IT IS SO ORDERED.

Dated: **April 1, 2022**

_____
UNITED STATES DISTRICT JUDGE